## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTICT **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SYAT, HOWARD | § | Case No. 13-10310 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/15/2013 . The undersigned trustee was appointed on 03/15/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $            32,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 50.00 |
| Bank service fees | 170.85 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]                $            32,279.15

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  05/22/2014  and the deadline for filing governmental claims was  05/22/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,591.54 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,591.54 , for a total compensation of $ 2,591.54 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 32.56 , for total expenses of $ 32.56 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/14/2015                          By:/s/JOSEPH E. COHEN
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| | |
|---|---|
| Case No: 13-10310   ERW   Judge: EUGENE R. WEDOFF | Trustee Name: JOSEPH E. COHEN |
| Case Name: SYAT, HOWARD | Date Filed (f) or Converted (c): 03/15/13 (f) |
| | 341(a) Meeting Date: 05/10/13 |
| For Period Ending: 10/14/15 | Claims Bar Date: 05/22/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 200.00 | 0.00 | | 0.00 | FA |
| 2. SAVINGS | 76.59 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSIT | 25.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 5. APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLE | 3,725.00 | 0.00 | | 0.00 | FA |
| 7. FRAUD, CONVEYANCE (u) | 0.00 | 50,000.00 | | 32,500.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $4,726.59 | $50,000.00 | | $32,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE WAITING FOR DISTRIBUTION ON SETTLEMENT - April 30, 2015. TRUSTEE HAS SETTLED PENDING ADVERSARY COMPLAINT - Jan. 17, 2015.  TRUSTEE INVESTIGATING UNSCHEDULED TRANSFER OF TOWNHOUSE TO RELATIVE OF DEBTOR.  TRUSTEE TO FILE AN ADVERSARY COMPLAINT TO AVOID TRANSFER AND SELL RESIDENCE - January 19, 2014.  TRUSTEE TO REVIEW CLAIMS AFTER BAR DATE HAS PASSED - April 30, 2014.  TRUSTEE HAS FILED ADVERSARY COMPLAINT TO AVOID TRANSFER - July 17, 2014.  PARTIES ARE ATTEMPTING TO SETTLE PENDING ADVERSARY - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 03/31/15     Current Projected Date of Final Report (TFR): 09/30/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 13-10310  -ERW | |
| Case Name: | SYAT, HOWARD | |
| | | |
| Taxpayer ID No: | *******5773 | |
| For Period Ending: | 10/14/15 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6264  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/14/15 | 7 | INDEPENDENT ESCROW SERVIC CORP. | Settlement of Adversary | 1241-000 | 32,500.00 | | 32,500.00 |
| 05/18/15 | 300001 | COOK COUNTY RECORDER | RECORDING FEE FOR LIS PENDENS | 2990-000 | | 50.00 | 32,450.00 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.02 | 32,421.98 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.64 | 32,375.34 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.13 | 32,327.21 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.06 | 32,279.15 |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 32,500.00 | 220.85 | 32,279.15 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 32,500.00 | 220.85 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 32,500.00 | 220.85 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******6264 | 32,500.00 | 220.85 | 32,279.15 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 32,500.00 | 220.85 | 32,279.15 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          32,500.00          220.85

| | EXHIBIT C | | | | | |
|---|---|---|---|---|---|---|
Page 1 — ANALYSIS OF CLAIMS REGISTER — Date: October 14, 2015

Case Number:   13-10310
Debtor Name:   SYAT, HOWARD

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | COOKE & LEWIS, LTD., Accountants | Administrative | | $0.00 | $1,650.00 | $1,650.00 |
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $12,871.75 | $12,871.75 |
| 001<br>2700-00 | CLERK, US BANKRUPTCY COURT | Administrative | | $0.00 | $293.00 | $293.00 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,624.10 | $2,624.10 |
| 999<br>8200-00 | HOWARD SYAT<br>BUFFALO GROVE, IL  60089 | Unsecured | | $0.00 | $0.00 | $14,084.64 |
| 000002<br>080<br>7200-00 | Ford Motor Credit Company LLC<br>P.O. Box 62180<br>Colorado Springs, CO 80962 | Unsecured | | $0.00 | $519.03 | $519.03 |
| 000001<br>050<br>4300-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Secured | | $0.00 | $233.61 | $233.61 |
| | Case Totals: | | | $0.00 | $18,191.49 | $32,276.13 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-10310
Case Name: SYAT, HOWARD
Trustee Name: JOSEPH E. COHEN

Balance on hand                                      $         32,279.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | $      233.61 | $      233.61 | $      0.00 | $      233.61 |

Total to be paid to secured creditors            $_____233.61

Remaining Balance                                $____32,045.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $      2,591.54 | $      0.00 | $      2,591.54 |
| Trustee Expenses: JOSEPH E. COHEN | $      32.56 | $      0.00 | $      32.56 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $      12,852.75 | $      0.00 | $      12,852.75 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $      19.00 | $      0.00 | $      19.00 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD., Accountants | $      1,650.00 | $      0.00 | $      1,650.00 |
| Charges: CLERK, US BANKRUPTCY COURT | $      293.00 | $      0.00 | $      293.00 |

Total to be paid for chapter 7 administrative expenses        $                17,438.85

Remaining Balance        $                14,606.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 519.03  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  100.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Ford Motor Credit Company LLC P.O. Box 62180 Colorado Springs, CO 80962 | $          519.03 | $          0.00 | $          519.03 |

Total to be paid to tardy general unsecured creditors          $_____ 519.03

Remaining Balance          $_____ 14,087.66


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 3.02 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.


The amount of surplus returned to the debtor after payment of all claims and interest is $ 14,084.64 .