**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTICT **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
SYAT, HOWARD § Case No. 13-10310
§
Debtor §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/18/2015 in Courtroom 744,
        United States Courthouse
        219 S. Dearborn Street
        Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: _____
                                                                     Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTICT **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SYAT, HOWARD | § | Case No. 13-10310 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 32,500.00 |
| and approved disbursements of | $ | 220.85 |
| leaving a balance on hand of[1] | $ | 32,279.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | $ 233.61 | $ 233.61 | $ 0.00 | $ 233.61 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 233.61 |
| Remaining Balance | $ | 32,045.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,591.54 | $ 0.00 | $ 2,591.54 |
| Trustee Expenses: JOSEPH E. COHEN | $ 32.56 | $ 0.00 | $ 32.56 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 12,852.75 | $ 0.00 | $ 12,852.75 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 19.00 | $ 0.00 | $ 19.00 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD., Accountants | $ 1,650.00 | $ 0.00 | $ 1,650.00 |
| Charges: CLERK, US BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 293.00 |

Total to be paid for chapter 7 administrative expenses    $    17,438.85

Remaining Balance    $    14,606.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 519.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Ford Motor Credit Company LLC P.O. Box 62180 Colorado Springs, CO 80962 | $ 519.03 | $ 0.00 | $ 519.03 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 519.03 |
| Remaining Balance | $ 14,087.66 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 3.02 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 14,084.64 .

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*

*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 13-10310-ERW
Howard Syat  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mrahmoun     Page 1 of 2     Date Rcvd: Oct 22, 2015
                    Form ID: pdf006     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2015.
```
db            #+Howard Syat,    225 Lake Blvd,    Apt 511,    Buffalo Grove, IL 60089-4389
aty            +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
20178065       +Alliance One Receivable,    PO Box 2449,    Gig Harbor WA 98335-4449
20178066       +AmeriStar Tax Centers,    700 Liberty Avenue,    Johnstown PA 15905-3610
20178067       +Capital One,    PO Box 30285,    Salt Lake City UT 84130-0285
20178068       +Certegy,    PO Box 30046,    Tampa FL 33630-3046
20178069       +Comcast Cable,    PO Box 3002,    Southeastern PA 19398-3002
20178071       +Consumer Cellular,    7204 SW Durham road, Suite 300,    Portland OR 97224-7574
20178070       +EOS CCA,    700 Longwater Drive,    Norwell MA 02061-1624
20178074       +FMC-Omah Service Center,    PO Box 542000,    Omaha NE 68154-8000
23323130      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company LLC,    P.O. Box 62180,
                Colorado Springs, CO  80962)
20178072       +First Bank,    PO Box 790269,    Saint Louis MO 63179-0269
20178073       +First Bank-Loan Operations,    Po Box 790269,    Saint Louis MO 63179-0269
20178075        Harriet Carter Gifts,    C/O Law Offices of Garbose and Garbose,    Montgomeryville PA, 18936
20178076       +Heartland Introductions,    80 Washington Street, Bldg E11-12,    Norwell MA 02061-1729
20178080        Internal Revnue Service,    PO Box 19236,    Kansas City MO, 64121
20178081       +Law Offices of Joel Cardis, LLC,    2006 Swede Road, Suite 100,    Norristown PA 19401-1787
20178082       +Primary Care Medical Specialist, LLC,    150 N. River Road,    Des Plaines IL 60016-1272
20178083       +Starcrest of California,    19465 Brennan Avenue,    Perris CA 92599-1000
20178084       +State of Illinois,    100 West Randolph Street,    Chicago IL 60601-3250
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20178064       +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Oct 23 2015 00:54:08
                Advocate Lutheran General Hospital,    PO Box 73208,    Chicago IL 60673-7208
20178077        E-mail/Text: cio.bncmail@irs.gov Oct 23 2015 00:51:33      Department of the Treasury,
                Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
20178087       +E-mail/Text: crwkflw@firstdata.com Oct 23 2015 00:53:20      TRS Recovery Services, Inc,
                PO Box 60022,    City Of Industry CA 91716-0022
                                                                                              TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20178078*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    PO Box 219236,    Kansas City MO, 64121)
20178079*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Services,    PO Box 219236,    Kansas City MO, 64121)
20178085      ##+Trident Asset Management,    5755 N. Point Pkwy,    Alpharetta GA 30022-1136
20178086      ##+Trident Asset management, LLC,    5755 NorthPoint Parkway,    Alpharetta GA 30022-1136
                                                                                   TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2015            Signature: /s/Joseph Speetjens

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2                  Date Rcvd: Oct 22, 2015
                              Form ID: pdf006             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2015 at the address(es) listed below:
              Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
              E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              E. Philip  Groben    on behalf of Plaintiff Joseph E.  Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Accountant Stephen M Lewis jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert K. Naumann    on behalf of Debtor Howard  Syat robert.naumann@naumannlaw.com,
               rebecca.robbins@naumannlaw.com,michelle.weslander@naumannlaw.com
              Robert K. Naumann     on behalf of Defendant Howard  Syat robert.naumann@naumannlaw.com,
               rebecca.robbins@naumannlaw.com,michelle.weslander@naumannlaw.com
              Robert N Weiner    on behalf of Defendant Maurice  Syat rnwlex@yahoo.com
                                                                                             TOTAL: 12
```