# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTICT **DISTRICT OF** ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| SYAT, HOWARD | § | Case No. 13-10310 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 3,725.00                    Assets Exempt: 1,001.59
*(Without deducting any secured claims)*

Total Distributions to Claimants:  756.67        Claims Discharged
                                                 Without Payment:  46,192.88

Total Expenses of Administration:  17,640.70

3) Total gross receipts of $ 32,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 14,102.63  (see **Exhibit 2**), yielded net receipts of $ 18,397.37  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,725.00 | $ 233.61 | $ 233.61 | $ 233.61 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 17,640.70 | 17,640.70 | 17,640.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,192.88 | 519.03 | 519.03 | 523.06 |
| **TOTAL DISBURSEMENTS** | $ 49,917.88 | $ 18,393.34 | $ 18,393.34 | $ 18,397.37 |

4)  This case was originally filed under chapter 7 on  03/15/2013 .  The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/17/2016                        By:/s/JOSEPH E. COHEN
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUD, CONVEYANCE | 1241-000 | 32,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 32,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HOWARD SYAT | Surplus Funds Paid to Debtor  726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 14,102.63 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 14,102.63** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FMC-Omah Service Center PO Box 542000 Omaha, NE 68154 | | 3,725.00 | NA | NA | 0.00 |
| 000001 | DEPARTMENT OF THE TREASURY | 4300-000 | NA | 233.61 | 233.61 | 233.61 |
| **TOTAL SECURED CLAIMS** | | | **$ 3,725.00** | **$ 233.61** | **$ 233.61** | **$ 233.61** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 2,591.54 | 2,591.54 | 2,591.54 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 32.56 | 32.56 | 32.56 |
| ASSOCIATED BANK | 2600-000 | NA | 170.85 | 170.85 | 170.85 |
| CLERK, US BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| COOK COUNTY RECORDER | 2990-000 | NA | 50.00 | 50.00 | 50.00 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 8,568.50 | 8,568.50 | 8,568.50 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 4,284.25 | 4,284.25 | 4,284.25 |
| COOKE & LEWIS, LTD., ACCOUNTANTS | 3410-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 17,640.70 | $ 17,640.70 | $ 17,640.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Lutheran General Hospital PO Box 73208 Chicago, IL 60673 | | 30.72 | NA | NA | 0.00 |
| | Advocate Lutheran General Hospital PO Box 73208 Chicago, IL 60673 | | 21,171.77 | NA | NA | 0.00 |
| | Alliance One Receivable PO Box 2449 Gig Harbor, WA 98335 | | 69.00 | NA | NA | 0.00 |
| | Ameristar Tax Centers 700 Liberty Avenue Johnstown, PA 15905 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 30285 Salt Lake City, UT 84130 | | 1,782.00 | NA | NA | 0.00 |
| | Certegy PO Box 30046 Tampa, FL 33630 | | 90.00 | NA | NA | 0.00 |
| | Comcast Cable PO Box 3002 Southeastern, PA 19398 | | 799.00 | NA | NA | 0.00 |
| | Consumer Cellular 7204 SW Durham road, Suite 300 Portland, OR 97224 | | 128.92 | NA | NA | 0.00 |
| | EOS CCA 700 Longwater Drive Norwell, MA 02061 | | 0.00 | NA | NA | 0.00 |
| | EOS CCA 700 Longwater Drive Norwell, MA 02061 | | 1,333.00 | NA | NA | 0.00 |
| | First Bank PO Box 790269 Saint Louis, MO 63179 | | 181.00 | NA | NA | 0.00 |
| | First Bank PO Box 790269 Saint Louis, MO 63179 | | 157.00 | NA | NA | 0.00 |
| | First Bank-Loan Operations Po Box 790269 Saint Louis, MO 63179 | | 341.00 | NA | NA | 0.00 |
| | First Bank-Loan Operations Po Box 790269 Saint Louis, MO 63179 | | 475.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harriet Carter Gifts C/O Law Offices of Garbose and Garbose Montgomeryville, PA 18936 | | 46.80 | NA | NA | 0.00 |
| | Heartland Introductions 80 Washington Street, Bldg E11-12 Norwell, MA 02061 | | 1,005.40 | NA | NA | 0.00 |
| | Internal Revenue PO Box 219236 Kansas City, MO 64121 | | 4,224.70 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 219236 Kansas City, MO 64121 | | 2,669.84 | NA | NA | 0.00 |
| | Internal Revenue Services PO Box 219236 Kansas City, MO 64121 | | 4,099.62 | NA | NA | 0.00 |
| | Internal Revenue Services PO Box 219236 Kansas City, MO 64121 | | 1,464.96 | NA | NA | 0.00 |
| | Internal Revnue Service PO Box 19236 Kansas City, MO 64121 | | 2,139.12 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Law Offices of Joel Cardis, LLC 2006 Swede Road, Suite 100 Norristown, PA 19401 | | 668.73 | NA | NA | 0.00 |
| | Primary Care Medical Specialist, LLC 150 N. River Road Des Plaines, IL 60016 | | 2,120.63 | NA | NA | 0.00 |
| | Starcrest of California 19465 Brennan Avenue Perris, CA 92599 | | 186.00 | NA | NA | 0.00 |
| | State of Illinois 100 West Randolph Street Chicago, IL 60601 | | 816.73 | NA | NA | 0.00 |
| | TRS Recovery Services, Inc PO Box 60022 City Of Industry, CA 91716 | | 89.94 | NA | NA | 0.00 |
| | Trident Asset Management 5755 N. Point Pkwy Alpharetta, GA 30022 | | 51.00 | NA | NA | 0.00 |
| | Trident Asset management, LLC 5755 NorthPoint Parkway Alpharetta, GA 30022 | | 51.00 | NA | NA | 0.00 |
| 000002 | FORD MOTOR CREDIT COMPANY LLC | 7200-000 | NA | 519.03 | 519.03 | 519.03 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEPARTMENT OF THE TREASURY | 7990-000 | NA | NA | NA | 1.25 |
| | FORD MOTOR CREDIT COMPANY LLC | 7990-000 | NA | NA | NA | 2.78 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 46,192.88 | $ 519.03 | $ 519.03 | $ 523.06 |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

#### ASSET CASES

Page:   1

Exhibit 8

| Case No: | 13-10310   ERW   Judge: EUGENE R. WEDOFF |
| Case Name: | SYAT, HOWARD |
| For Period Ending: | 02/17/16 |

| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 03/15/13 (f) |
| 341(a) Meeting Date: | 05/10/13 |
| Claims Bar Date: | 05/22/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 200.00 | 0.00 | | 0.00 | FA |
| 2. SAVINGS | 76.59 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSIT | 25.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 5. APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLE | 3,725.00 | 0.00 | | 0.00 | FA |
| 7. FRAUD, CONVEYANCE (u) | 0.00 | 50,000.00 | | 32,500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,726.59 | $50,000.00 | | $32,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE FILING HIS TDR SINCE ALL CHECKS HAVE CLEARED - 01/20/16. TFR AND NFR SUBMITTED FOR REVIEW - Oct. 31, 2015.
TRUSTEE HAS RECEIVED SETTLEMENT PROCEEDS - July 30, 2015. TRUSTEE WAITING FOR DISTRIBUTION ON SETTLEMENT - April 30,
2015. TRUSTEE HAS SETTLED PENDING ADVERSARY COMPLAINT - Jan. 17, 2015.  TRUSTEE INVESTIGATING UNSCHEDULED TRANSFER OF
TOWNHOUSE TO RELATIVE OF DEBTOR.  TRUSTEE TO FILE AN ADVERSARY COMPLAINT TO AVOID TRANSFER AND SELL RESIDENCE - January
19, 2014.  TRUSTEE TO REVIEW CLAIMS AFTER BAR DATE HAS PASSED - April 30, 2014.  TRUSTEE HAS FILED ADVERSARY COMPLAINT
TO AVOID TRANSFER - July 17, 2014.  PARTIES ARE ATTEMPTING TO SETTLE PENDING ADVERSARY - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 03/31/15          Current Projected Date of Final Report (TFR): 09/30/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-10310  -ERW | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SYAT, HOWARD | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6264  Checking Account |
| Taxpayer ID No: | *******5773 | | |
| For Period Ending: | 02/17/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/14/15 | 7 | INDEPENDENT ESCROW SERVIC CORP. | Settlement of Adversary | 1241-000 | 32,500.00 | | 32,500.00 |
| 05/18/15 | 300001 | COOK COUNTY RECORDER | RECORDING FEE FOR LIS PENDENS | 2990-000 | | 50.00 | 32,450.00 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.02 | 32,421.98 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.64 | 32,375.34 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.13 | 32,327.21 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.06 | 32,279.15 |
| 11/18/15 | 300002 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 2,624.10 | 29,655.05 |
| | | | Fees          2,591.54 | 2100-000 | | | |
| | | | Expenses          32.56 | 2200-000 | | | |
| 11/18/15 | 300003 | CLERK, US BANKRUPTCY COURT | Deferred Adversary Filing Fees | 2700-000 | | 293.00 | 29,362.05 |
| 11/18/15 | 300004 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 8,568.50 | 20,793.55 |
| 11/18/15 | 300005 | JOSEPH E. COHEN, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney fees per court order | 3110-000 | | 4,284.25 | 16,509.30 |
| 11/18/15 | 300006 | COOKE & LEWIS, LTD., Accountants | Accountant  for Trustee fees<br>Accountant for Trustee fees | 3410-000 | | 1,650.00 | 14,859.30 |
| 11/18/15 | 300007 | Ford Motor Credit Company LLC<br>P.O. Box 62180<br>Colorado Springs, CO 80962 | Claim 000002, Payment 100.53561% | | | 521.81 | 14,337.49 |
| | | | Claim          519.03 | 7200-000 | | | |
| | | | Interest          2.78 | 7990-000 | | | |
| 11/18/15 | 300008 | HOWARD SYAT<br>BUFFALO GROVE, IL  60089 | Surplus Funds | 8200-002 | | 14,102.63 | 234.86 |
| 11/18/15 | 300009 | Department of the Treasury | Claim 000001, Payment 100.53508% | | | 234.86 | 0.00 |
| | | | Page Subtotals | | 32,500.00 | 32,500.00 | |

FORM 2    Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-10310 -ERW | |
| Case Name: | SYAT, HOWARD | |

Trustee Name:    JOSEPH E. COHEN
Bank Name:    ASSOCIATED BANK
Account Number / CD #:    *******6264  Checking Account

Taxpayer ID No:    *******5773
For Period Ending:    02/17/16

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (1-1) modified name and address<br>(cch) 3/3/2014<br><br>Claim | 233.61 | | 4300-000 | | | |
| | | | Interest | 1.25 | | 7990-000 | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 32,500.00 | 32,500.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 32,500.00 | 32,500.00 | |
| Less:  Payments to Debtors | | | 14,102.63 | |
| Net | | 32,500.00 | 18,397.37 | |

| | | | |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Checking Account - *******6264 | 32,500.00 | 18,397.37 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 32,500.00 | 18,397.37 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 19.05c